AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

\*\*\*\*  DISTRICT OF   NEVADA

ELVA SAENZ,

      Plaintiff,

v.

ALLIED COLLECTION
SERVICES INC, et al.,

      Defendant(s).

JUDGMENT IN A CIVIL CASE

CASE NUMBER:  **2:16-cv-00652-MMD-PAL**

___   **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___   **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

 **X**   **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that the claims against Defendant Allied Collection Services are dismissed with prejudice.


July 6, 2016                                           **LANCE S. WILSON**
                                                              Clerk

                                                              /s/ K. Rusin
                                                              Deputy Clerk